May 16, 2025

ACCEPTED
15-25-00047-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/16/2025 12:30 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/16/2025 12:30:35 PM
CHRISTOPHER A. PRINE
Clerk

15th Court of Appeals
William P. Clements Building
300 W. 15th Street, Suite 607
Austin, Texas 78701

Court Clerk:

Re: Request for Access to Records: In the matter of RGACLG, Appellate Case No. 15-25-00047-CV, Trial Case No. DF1517201

I am writing to respectfully request access to the following documents related to the above-referenced appellate case:

1. Reporter's Record, Volumes 1–3, filed on or around April 2, 2025
2. Supplemental Clerk's Record, filed on or around April 8, 2025
3. Clerk's Record and Supplemental Clerk's Record, filed on or around May 12, 2025

Please send the access link to these documents to the following email address:
**clgsapcr@gmail.com**

Thank you for your prompt attention to this matter.

Sincerely,

*CHRISTOPHER GRAHAM*
Christopher Graham
Pro Se Appellant
1801 N. Hampton St.  #425, 1175
DeSoto, Texas 75115